UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CORNELIO,<br><br>                  Plaintiff,<br><br>        v.<br><br>SCOTT, *et al.*,<br><br>                  Defendants. | No.  1:23-cv-00476-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 17) |

Plaintiff Julio Cornelio is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2023, the assigned Magistrate Judge screened the first amended complaint and issued findings and recommendations, recommending this action be dismissed for failure to state a cognizable claim upon which relief may be granted.  (ECF No. 17.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.* at 5.)  Plaintiff has not filed objections, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper

analysis.

Accordingly,

1. The findings and recommendations issued on September 12, 2023, (ECF No. 17), are ADOPTED in FULL;
2. This action is DISMISSED, with prejudice, due to Plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 2, 2023

_____
UNITED STATES DISTRICT JUDGE

2